**Honorable Benjamin H. Settle**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a foreign insurance company; THE PHOENIX INSURANCE COMPANY, a foreign insurance company,<br><br>               Plaintiff,<br><br>v.<br><br>NORTHWEST PIPE COMPANY, a Washington corporation; and GREATER VANCOUVER WATER DISTRICT, a British Columbian statutory corporation,<br><br>               Defendant.<br><br>NORTHWEST PIPE COMPANY, a Washington corporation<br><br>               Counterclaim Plaintiff,<br><br>v.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a foreign insurance company; THE PHOENIX INSURANCE COMPANY, a foreign insurance company,<br><br>               Counterclaim Defendant. | No. 3:17-cv-05098-BHS<br><br>**PROPOSED NEUTRAL STATEMENT OF THE CASE** |

PROPOSED NUETRAL STATEMENT- 1
No. 3:17-cv-05098-BHS

LETHER & ASSOCIATES PLLC
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

1    The Court requested that the parties provide a joint neutral statement of the case to read
2    to the jury at the outset of trial in this action. As the parties were unable to agree, Counterclaim
3    Defendants Travelers Property Casualty Company of America and The Phoenix Insurance
4    Company (Travelers) proposes the following neutral statement to be read to the jury:

5        This is an insurance coverage action arising from an underlying litigation
6    in British Columbia, Canada filed on August 5, 2015. Travelers insured
7    Northwest Pipe. Northwest Pipe tendered a claim to Travelers for defense and
8    indemnity coverage under its general liability policy on July 28, 2016. Travelers
9    agreed to defend Northwest Pipe in the underlying litigation under a Reservation
10   of Rights letter issued on October 26, 2016.

11       Travelers then filed a Complaint for Declaratory Judgment on February
12   8, 2017. Northwest Pipe has alleged extra-contractual claims against Travelers
13   including breach of contract, bad faith, and violations of the Consumer
14   Protection Act. Travelers disagrees with Northwest Pipe's allegations and
15   asserts that it has acted reasonably in all aspects of handling the claim made by
16   Northwest Pipe.

17   //
18   //
19   //
20   //
21   //
22   //
23   //

PROPOSED NUETRAL STATEMENT- 2
No. 3:17-cv-05098-BHS

LETHER & ASSOCIATES PLLC
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

1 | Dated this 2nd day of January, 2019

2 | LETHER & ASSOCIATES, PLLC

4 | _s/ Thomas Lether_
Thomas Lether, WSBA #18089
Eric J. Neal, WSBA #31863
5 | Lether & Associates, PLLC
1848 Westlake Ave N., Suite 100
6 | Seattle, WA 98109
P: 206-467-5444
7 | F: 206-467-5544
tlether@letherlaw.com
8 | eneal@letherlaw.com
*Attorneys for Travelers Property Casualty*
9 | *Company of America and the Phoenix Insurance Company*

PROPOSED NUETRAL STATEMENT- 3
No. 3:17-cv-05098-BHS

LETHER & ASSOCIATES PLLC
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under the penalty of perjury under the laws of the State of Washington that on this date I caused to be served in the manner noted below a true and correct copy of the foregoing on the parties mentioned below as indicated:

| | |
|---|---|
| Richard Dykstra<br>Friedman \| Rubin<br>51 University Street, Suite 201<br>Seattle, WA 98101<br>rdykstra@friedmanrubin.com<br>*Counsel for Defendant Northwest Pipe Company* | Kenneth R. Friedman<br>Friedman \| Rubin<br>1126 Highland Avenue<br>Bremerton, WA 98337<br>kfriedman@friedmanrubin.com<br>*Counsel for Defendant Northwest Pipe Company* |
| Alexander E. Ackel<br>Friedman \| Rubin<br>51 University Street, Suite 201<br>Seattle, WA 98101<br>aackel@friedmanrubin.com<br>*Counsel for Defendant Northwest Pipe Company* | Douglas Oles<br>Angelia Wesch<br>Oles Morrison Rinker & Baker, LLP<br>701 Pike Street, Suite 1700<br>Seattle, WA 98101<br>oles@oles.com<br>wesch@oles.com<br>*Counsel for Defendant Greater Vancouver Water District* |

**By:**   ☐ **First Class Mail**   ☒ **ECF**   ☐ **Legal Messenger**

Dated this January 2, 2019 at Seattle, Washington.

        *s/ Elizabeth Kruh*
        Elizabeth Kruh | Paralegal

PROPOSED NUETRAL STATEMENT- 4
No. 3:17-cv-05098-BHS

LETHER & ASSOCIATES PLLC
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544