UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a foreign insurance company; and THE PHOENIX INSURANCE COMPANY, a foreign insurance company,<br><br>                  Plaintiffs,<br>  v.<br><br>NORTHWEST PIPE COMPANY,<br><br>                  Defendant. | CASE NO. C17-5098 BHS<br><br>ORDER DIRECTING CLERK TO REMOVE PLAINTIFFS' MOTION FROM THE CALENDAR AND STRIKE DOCUMENTS FROM THE RECORD, REQUIRING DEFENDANT TO FILE REDACTED VERSIONS OF CERTAIN DOCUMENTS, AND STAYING MATTER |

This matter comes before the Court on Plaintiffs the Phoenix Insurance Company and Travelers Property Casualty Company of America's ("Travelers") motion for sanctions, Dkt. 123; the Court's order regarding that motion, Dkt. 164; Travelers' notice of withdrawal of the motion and request for return of documents, Dkt. 166; and the parties' status reports regarding further proceedings, Dkts. 167, 168.

On November 26, 2018, Travelers filed the motion for sanctions asserting that Defendant Northwest Pipe Company ("NPC") failed to comply with provisions of the

parties' stipulated protective order regarding filing of documents marked confidential and requesting the imposition of sanctions. Dkt. 123. On January 25, 2019, the Court issued an order reserving ruling on the motion and providing Travelers with the option of withdrawing the motion and seeking return of the documents or pursuing sanctions. Dkt. 164. On February 8, 2019, Travelers filed a notice of withdrawal of the motion and requested return of the documents. Dkt. 166. Based on this notice, the Clerk shall (1) remove the motion, Dkt. 123, from the Court's calendar and (2) strike documents 110 and 112-2 from the record. For purposes of a complete record, NPC shall file a redacted version of documents 110 and 112-2 redacting the portions of these documents giving rise to Travelers' motion.

Regarding further proceedings, the Court finds that a stay is appropriate. If Travelers seeks discovery during the stay for purposes of participating in settlement discussions of the underlying matter, it may file a motion or stipulation to lift the stay for the limited purpose of that discovery. The Clerk shall administratively close this matter for purposes of the stay. The parties shall notify the Court once the underlying matter is resolved or if this matter is settled.

**IT IS SO ORDERED**.

Dated this 22nd day of February, 2019.

_____
BENJAMIN H. SETTLE
United States District Judge