1

2

3

4

5

6

7

The Hon. Benjamin H. Settle

8

9

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

10

11

12

13

14

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA, a foreign
insurance company; THE PHOENIX
INSURANCE COMPANY, a foreign
insurance company,

No. 3:17-cv-05098-BHS

**STIPULATED DISMISSAL**

15

                              Plaintiffs,

16

            v.

17

18

19

NORTHWEST PIPE COMPANY, a
Washington corporation; and GREATER
VANCOUVER WATER DISTRICT, a
British Columbian statutory corporation,

20

                  Defendants.

21

TO:          The Clerk of the Court;

22

23

            Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Travelers Property Casualty Company

24

of America (hereinafter "TPCC") and The Phoenix Insurance Company (hereinafter "Phoenix")

25

(collectively, "Travelers") and Defendant Northwest Pipe Company (hereinafter "NWP") hereby

26

STIPULATED DISMISSAL – 1
3:17-cv-05098-BHS

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

1   stipulate and agree that this case and Travelers' claims against NWP as well as NWP's

2   counterclaims against Travelers shall be dismissed with prejudice and without costs.

3   IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

4   Dated this 3rd day of February, 2021.

5

6   LETHER LAW GROUP, PLLC                    FRIEDMAN | RUBIN

7   *s/ Thomas Lether*                        *s/Richard Dykstra*
    Thomas Lether, WSBA #18089                Richard Dykstra, WSBA #5114
8   Eric J. Neal, WSBA #31863                 Alexander E. Ackel, WSBA #52073
    N. Chance Laboda, WSBA #54273             Kenneth R. Friedman, WSBA #17148
9   1848 Westlake Avenue N, Suite 100         51 University Street, Suite 201
    Seattle, WA 98109                         Seattle, WA 98101
10  P:  (206) 467-5444/F: (206) 467-5544      rdykstra@friedmanrubin.com
    tlether@letherlaw.com                     *Attorneys for Northwest Pipe Company*
11  eneal@letherlaw.com
    *Attorneys for Travelers Property Casualty*
12  *Company of America and The Phoenix*
    *Insurance Company*
13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED DISMISSAL – 2
3:17-cv-05098-BHS

1

2

### CERTIFICATE OF SERVICE

The undersigned hereby certifies under the penalty of perjury under the laws of the State

of Washington that on this date I caused to be served in the manner noted below a true and correct

copy of the foregoing on the parties mentioned below as indicated:

> Richard Dykstra
> Ken Friedman
> Alex Ackel
> Friedman Rubin
> 51 University Street, Suite 201
> Seattle, WA 98101
> rdykstra@friedmanrubin.com
> *Counsel for Northwest Pipe Company*

**By:**      **[X] ECF**                    **[ ] E-mail**                **[ ] Legal Messenger**

Dated this 3rd day of February, 2021, at Seattle, Washington.

> */s/ Lina Wiese*_____
> Lina Wiese |  Paralegal

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544